UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



United States District Court
Southern District of Texas
FILED

MAY 3 0 2000

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| versus | § | Civil Action B-00-083 |
| | § | |
| Mark A. Cox | § | |

Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant resides in Cameron County, Texas, and may be served at 4986 Camino Verde, Brownsville, TX 78521.

3. *The Debt.* The debt owed the United States is:

| | | |
| --- | --- | --- |
| A. | Current Principal as of February 10, 1999: | $5,738.55 |
| B. | Current interest | $1,020.61 |
| C. | Adminstrative, fees, costs, penalties | $0.00 |
| D. | Balance due as of February 10, 1999 | $6,759.16 |
| E. | Prejudgment interest accrues at 8.25% per annum from February 10, 1999, being $1.30 per day | |
| F. | Attorney's fees of | $1,900.00 |
| G. | The current balance in 3A is after credits of $0.00 | |

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it. All conditions precedent have been performed or have occurred.

5.  *Prayer.* The United States prays for judgment for:

   A.  The sums in paragraph 3 plus prejudgment interest through the date of judgment, adminstrative costs, and post-judgment interest.

   B.  Attorney's fees; and

   C.  Other relief the court deems proper.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas  75231
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

# U. S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Mark A Cox
1405 Old Port Isabel Apt 36
Brownsville, TX 78521

SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02/10/99.

On or about 09/08/96, the borrower executed promissory note(s) to secure loan(s) of $5,500.00, from William D. Ford Federal Direct Loan Program. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et. seq. (34 CFR Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 01/23/97. The Department has credited $0.00 from all sources, including Treasury Department offsets, if any to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $5,738.55 |
| Interest: | $1,020.61 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 02/10/99: | $6,759.16 |

Interest accrues on the principal shown here at the rate of 8.25 % per annum and a daily rate of $1.30.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2-19-99          Name: [signature]
                              Title: LOAN ANALYST
                              Branch: LITIGATION BRANCH

EXHIBIT A

B3-2/ED-LITGN/COIFDSL.DOC