4

CAB-00-83-

United States District Court
Southern District of Texas
FILED

JUL 1 0 2000

Michael N. Milby
Clerk of Court

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by ? | Date |
|---|---|

| NAME OF SERVER (PRINT) | Title |
|---|---|
| Rolando Mancilla | Private Civil Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served. 4986 Camino Verde Brownsville Texas 78521 @ 9:15 AM

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|

**DECLARATION OF SERVICES**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 6-17-00
Date

Rolando Mancilla
Signature of Server

1830 High St. Harlingen, Texas 78550
Address of Server

Y905