


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.                                         CIVIL ACTION B-00-083

MARK A. COX

## DEFENDANT'S ORIGINAL ANSWER

COMES NOW, MARK A. COX, Defendant and makes this his original answer, as follows:

1. Defendant admits the allegations in paragraph 1 of the Complaint.

2. Defendant resides at 4986 Camino Verde, Brownsville, Texas 78521, Cameron County, Texas.

3. A. Defendant admits to the current principal as of February 10, 1999 in the amount of $5,738.55.

    B. Defendant admits to the current interest of $1,020.61.

    C. Defendant is in agreement to the $0.00 balance of Administrative, fees, costs, and penalties.

    D. Defendant admits to the $6,759.16 balance due as of February 10, 1999.

    E. Defendant admits to the prejudgment interest accruing at 8.25% per annum from February 10, 1999, being $1.30 per day.

    F. However, Defendant denies that Plaintiff is entitled to attorney fees of $1,900.00, as such is exorbitant and unreasonable.

Defendant admits that Plaintiff is entitled to judgment; however, Defendant denies that Plaintiff is entitled to more than a reasonable attorney's fee in the sum of $500.00.

Respectfully submitted,

By *Mark A Cox*
MARK A. COX
4986 Camino Verde
Brownsville, TX. 78521
(956)550-0972

ClibPDF - www.fastio.com