5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
JUL 27 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-83 |
| | § | |
| MARK A. COX | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been reset for the place date, and time set forth below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE (This hearing has been rescheduled from August 7, 2000).**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME.

**AUGUST 8, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 24, 2000

TO:    MR. JOHN MICHAEL WESTON
       MR. MARK A. COX