

United States District Court
Southern District of Texas
FILED

AUG 0 7 2000

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-00-083 |
| | § | |
| Mark A. Cox | § | |

### MOTION FOR SUMMARY JUDGMENT

United States of America ("United States") moves for summary judgment pursuant to Rule 56, FED.R.CIV.P.

1. This Motion is supported by the Complaint, with the attached Certificate of Indebtedness, and the attached affidavit of J. Michael Weston. Defendant filed an answer and only disputed the amount of attorney's fees claimed.

2. The following facts are undisputed:

   a. Subject matter jurisdiction arises under 28 U.S.C. § 1345.

   b. The United States, as guarantor, seeks repayment of federally insured student loan upon which Cox defaulted.

   c. On September 8, 1996, Cox executed a promissory note for a student loan. The promissory note is payable to William D. Ford Federal Direct Loan Program. A true and correct copy of the promissory note is attached to this Motion as Exhibit A. The annual interest rate is 8.25%.

   d. As shown by the Certificate of Indebtedness issued by the United States Department of Education attached to the Complaint, Cox currently owes the United States the following sums:

   (1) Principal: $5,738.55

   (2) Current interest: $1,020.61

   (3) Adminstrative, fees, costs, penalties: $0.00

   (4) Balance due as of February 10, 1999: $6,759.16

(5) Prejudgment interest accrues at 8.25% per annum, being $1.30 per day.

(6) The current balance in 3A is after credits of         $0.00

e. The United States also seeks to recover attorney's fees of $1,500.00

f. The United States has demanded that Cox, pay the loan, but Cox failed to do so. The United States has retained the undersigned to represent it in this matter and agreed to pay for such services.

WHEREFORE, the United States requests that it be granted judgment against Mark A. Cox as set forth above, plus costs of court.

Respectfully submitted,
BENNETT & WESTON, P.C.

_____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
10670 N. Central Expressway, Suite 200
Dallas, Texas 75231
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct of the foregoing was served upon all counsel and/or parties of record, private parties are served by certified mail, return receipt requested, and regular mail on this 4th day of August, 2000.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § § | Civil Action B-00-083 |
| Mark A. Cox | § | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF DALLAS | § § |

BEFORE ME, the undersigned authority, on this day personally appeared J. Michael Weston, who upon being duly sworn by me did state and depose as follows:

1. My name is J. Michael Weston. I am over the age of twenty-one years of age and am competent to give this Affidavit and have personal knowledge of the facts stated herein.

2. I was licensed as an attorney by the State of Texas in 1975. I have practiced law in the State of Texas since that time. I am familiar with the instant action and have been involved in many similar cases in the past. I am familiar with legal fees in the State of Texas for cases of this nature.

3. In the course of my legal representation of clients, I have handled numerous collections cases for clients, and many of the cases, as in this case, involved suit for payment of a promissory note. Additionally, I am familiar with the collection of student loans on behalf of the United States of America.

4. Utilizing the factors found at Rule 1.04, Texas Disciplinary Rules of Professional Conduct, I note the following:

    a. This case is handled by our law firm on a contingency fee basis of 33.33% of all sums collected, principal and interest.

b.  The nature of the case, collections, is not novel but our firm and the undersigned have the experience and skill to handle such cases on a large volume throughout the State of Texas, and that experience and skill is not customary in the legal profession. Additionally, our firm has developed an expertise for the handling of student loan collections, and this skill is not customary in the legal profession.

c.  The contingency fee of 33.33% is standard for collection matters such as the type presented to the Court in this instance.

d.  The fee actually paid to our firm is contingent upon the uncertainty of collection. In fact, many debtors against whom we file suit on behalf our clients never pay any moneys, and we collect no fees for such matters.

e.  Based on the time expended on collection matters, the percentage of sums collected and the fees generated on a contingency fee basis, the fee sought in this as a contingency fee basis reflects the time and labor required in such a matter.

5.  After receipt of the defendant's Answer, counsel prepared an agreed judgment with attorney's fees of $550.00, to meet defendant's objection. Defendant has failed to return the agreed judgment and, thus, counsel for the United States has been required to prepare a motion for summary judgment and will participate in proceedings regarding this action before the Court, therefore, the requested attorney's fees has been increased.

6.  Based upon the above factors, I believe a customary, necessary and reasonable attorney's fee in this action is $1,500.00.

_____

SWORN AND SUBSCRIBED to on August 3, 2000.

*Diana S. Bradley*
Notary Public in and for the
State of Texas

My Commission Expires:

```
DIANA S. BRADLEY
MY COMMISSION EXPIRES
February 3, 2001
```

# AG506



**William D. Ford Federal Direct Loan Program**
U.S. Department of Education

IMAGE-RECORDS
SEP 12 1995
95

OMB No. 184
Form Approv
Exp. Date 06/

Federal Direct Stafford/For[d]
Federal Direct Unsubsidized Stafford/For[d]
Promissory Note and Disc[

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)

   MAC
   COX, MARK A
   ~~541 WELLINGTON WAY~~
   ~~JONESBORO, GA  30236-0000~~
   433 S. Church St. #6
   Athens, GA 30605

2. Social Security Number
   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

3. Date of Birth
   11/09/72

4. Area Code/Telephone Number
   (404) 471-7889

5. Driver's License Number (List state abbreviation first.)
   GA 252513026

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Mr. William B. Cox | Mr. Alex Tobar |
| Permanent Address | 223 Tanager Dr. | 101 Stone Mill Run # |
| City, State, Zip Code | Burlington, KY | Athens, GA 30605 |
| Area Code/Telephone Number | (606) 283-5728 | (706) 543-6964 |

## Section B: To Be Completed By The School

7. School Name: THE UNIVERSITY OF GEORGIA

8. Loan Period Approved  From: 09/18/95  To: 06/13/96

9. School Address: STUDENT LOANS, GRANTS & SCHOLARSHIPS, ATHENS, GA 30602-4226

10. School Co[de]: G0159

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary.

| | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | Interest Rate |
|---|---|---|---|---|---|---|
| Direct Subsidized Loan | 09/08/95 | 851 | .04 | 34 | 817 | VARIABL[E] |
| | 12/27/95 | 852 | .04 | 34 | 818 | |
| | 03/22/96 | 852 | .04 | 34 | 818 | |
| Total | | 2555 | .04 | 102 | 2453 | |
| Direct Unsubsidized Loan | 09/08/95 | 981 | .04 | 39 | 942 | VARIABL[E] |
| | 12/27/95 | 982 | .04 | 39 | 943 | |
| | 03/22/96 | 982 | .04 | 39 | 943 | |
| Total | | 2945 | .04 | 117 | 2828 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand

and agree to the terms and conditions of this Promissory Note. My signature on this Promisso[ry Note] serve as my authorization for my loan proceeds to be credited to my student accou[nt at the] school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this [Promissory] Note is true and accurate. The proceeds of this loan will be used for authorized educational e[xpenses at] the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal [Pell Grant,] Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a Sta[te Student] Incentive Grant and that I am not now in default on any loan received under the Federal Pe[rkins Loan] Program (including National Defense Student Loans) or the Federal Family Education Loan P[rogram or,] if I am in default, I have made repayment arrangements that are satisfactory to the Secre[tary of the] Department of Education.

11. Loan Identification Number(s)
    252513026-S-96-G01598-1-0101
    252513026-U-96-G01598-1-0101

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

12. Signature of Borrower: *Mark A. Cox*   Date: 9/8/9[5]