7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
SEP 1 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| versus | § | Civil Action B-00-083 |
| Mark A. Cox | § § | |

## SUMMARY JUDGMENT

On motion of the United States it is adjudged that the United States of America recover from Mark A. Cox

    A.    Principal of $6,759.16, plus

    B.    Prejudgment interest from February 10, 1999, at the rate $1.30 per day until the date of judgment, plus

    C.    Attorney's fees of $1,500.00 and all costs of court, plus

    D.    Post-judgment interest at _6.241_ % per annum.

Signed _September 1st_, 2000.

_____
United States District Judge